## McALLISTER *v.* LOUISIANA.

No. 721, Misc.   Decided December 16, 1963.

*Ernest A. Carrere, Jr.* for appellant.

PER CURIAM.

The appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.